UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION FUND
And DOUG EDWARDS (in his capacity as trustee),

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS PENSION FUND
And JERRY SHEA (in his capacity as trustee),

Plaintiffs,

v.                                                                   Case No. 20-cv -1074

STEEL ROCK COMMERCIAL LLC,

Defendant.

## ORDER AND ENTRY OF JUDGMENT

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Steel Rock Commercial LLC have failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Steel Rock Commercial LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds and Unions.

3.      Due to Defendants' failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4.      Based on the affidavits and declaration submitted by Plaintiffs in support of default judgment, the Court assesses the following damages:

   a. Contributions in the amount of $167,549.02;

   b. Liquidated damages in the amount of $33,651.64;

   c. Interest in the amount of $33,919.98;

   d. Attorney Fees in the amount of $9,594.00 and

   e. Costs in the amount of $522.57.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Doug Edwards (in his capacity as trustee), North Central States Regional Council of Carpenters Pension and Jerry Shea (in his capacity as trustee), and against Defendant Steel Rock Commercial LLC in the amount of $245,237.21 together with interest at the rate allowed by law.

Entered this 2ND day of AUGUST, 2021.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge

Judgment is entered this 2nd day of August, 2021.

s/ J. Smith
_____
Deputy Clerk